CASE NO. 14-14892

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CARINA HAMILTON, et al.,
Plaintiff-Appellees

vs.

AMIRALI JABRANI AND JANET JABRANI
Movants-Appellants

vs.

SUNTRUST MORTGAGE, INC., STERLING NATIONAL
INSURANCE AGENCY, et al.
Defendant-Appellees

---

On Appeal from the United States District Court
Southern District of Florida
Case No. 13-60749-CIV-COHN/SELTZER

**UNOPPOSED MOTOIN TO DISMISS APPEAL**

Notice is hereby given the Movants-Appellants, Amirali Jabrani and Janet Jabrani, hereby files this Unopposed Motion to Dismiss Appeal with Prejudice pursuant to 11th Cir. R. 42-1. Each party shall bear its own costs.

DATED: December 19, 2014

By: /s/ *Christopher A. Bandas*
Christopher A. Bandas
Texas State Bar No. 00787637
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200 Telephone
(361) 698-5222 Facsimile

*Attorneys for Movants-Appellants*
*Amirali Jabrani and Janet Jabrani*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on December 19, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Christopher A. Bandas*
Christopher A. Bandas